UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                           CHAPTER 7 CASE

Jeffrey Klarich                           CASE NO. 09-34386

                  Debtor(s).                      ORDER
_____

       The above entitled matter came before the court on the motion of Homeservices Lending, LLC DBA Edina Realty Mortgage its successors and/or assigns through its servicing agent US Bank N.A. (hereinafter "Movant"), seeking relief from the stay of actions imposed by 11 U.S.C. § 362. Based upon all of the files and records,

IT IS HEREBY ORDERED:

       1.      That Movant, its assignees and/or successors in interest, is granted relief from the stay of actions imposed by 11 U.S.C. § 362 with regard to that certain mortgage deed dated October 29, 2004, executed by Jeffrey S. Klarich and Lori J. Klarich, husband and wife , covering real estate located in Washington County, Minnesota, legally described as follows, to wit:

> Lot 12, Block 6, Oak Glen 5th Addition, according to the map or plat thereof on file or of record in the office of the registrar of titles in and for Washington County, Minnesota

and may pursue its remedies under state law in connection with the subject note and mortgage deed.

       2.      That notwithstanding Federal Rules of Bankruptcy Procedure 4001(a)(3), this Order is effective immediately.

Dated: August 24, 2009                          /e/ Dennis D. O'Brien
                                                                        Judge of Bankruptcy Court

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on *08/24/2009*
Lori Vosejpka, Clerk, by DLR